In the Matter of a Plan of Readjustment of the Rights of the Holders of Investments in a Mortgage Covering Premises 310 RIVERSIDE BOULEVARD, CITY OF LONG BEACH, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 170,928.)

In the Matter of the BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Dated March 25, 1936, for the Consideration of a Proposed Sale of the Premises Comprising the Trust Estate.

ABRAHAM WERMAN, Appellant; JESSE N. SCHIFFMAN et al., Respondents.

Submitted May 20, 1946; decided May 29, 1946.

Motion for reargument of motion to dismiss appeal denied, with $10 costs and necessary printing disbursements. The order of reversal by the Appellate Division was not an interlocutory order within section 590 of the Civil Practice Act. [See 295 N. Y. 897.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES VON GLAHN, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted May 20, 1946; decided May 29, 1946.

*Charles Von Glahn*, in person, for motion.
*Nathaniel L. Goldstein, Attorney-General (George A. Radz* of counsel), opposed.

Motion dismissed on ground no appeal lies to this court.